## Laughner, Appellant, *v.* Yellow Cab Company.

Argued November 13, 1969. *John W. Campbell, Jr.,* for appellant; *David J. Armstrong,* with him *Dickie, McCamey & Chilcote,* for appellee.

MONTGOMERY, J., dissents from the affirmance of the judgment against plaintiff-appellant without *first* affording her an opportunity to amend her Reply to New Matter so as to allege facts on which the statute of limitations was allegedly tolled.